UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.:

BERLINDA GOOD,

    Plaintiff,

v.

LE JARDIN COMMUNITY CENTER, INC., a
Florida Not for Profit Corporation,

    Defendant.

_____/

## **DEFENDANT'S NOTICE OF REMOVAL**

Defendant, LE JARDIN COMMUNITY CENTER, INC., a Florida Not for Profit Corporation by and through its undersigned counsel, and pursuant to 28 U.S.C. §§ 1331, 1367, 1441, 1446 and Local Rule 4.02, hereby files this Notice of Removal and states as follows:

1. On March 6, 2020, Plaintiff filed the above-styled action in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida as Case Number 2020-005456-CA-01.

2. Plaintiff's claims arise from allegations of breach of contract and unpaid wages under the Fair Labor Standards Act, 29 U.S.C. §§ 201 - 219 ("FLSA") as well as allegations of unlawful, retaliatory discharge pursuant to Florida's private sector Whistleblower's Act, Fla. Stat. §448.102 ("FWA").

CASE NO.:

3. Defendant provides this notice of removing the action from the Eleventh Judicial Circuit of Florida to this Court. Removal is proper under 28 U.S.C. § 1441(a) because the Court has federal question jurisdiction.

4. Defendant was served with a Summons and the Complaint on April 27, 2020.

### Federal Question Jurisdiction

5. Pursuant to 28 U.S.C. § 1331, "district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." A defendant may remove any "civil action brought in a State court of which the district courts of the United States have original jurisdiction." 28 U.S.C. § 1441(a).

6. Plaintiff's Complaint charges defendant with three counts of violating FLSA 29 U.S.C. § 201 – *et seq*. The Court has original jurisdiction over these federal claims, allowing for removal of the action. The last and remaining count in the Complaint alleges retaliation in violation of FWA.

### Venue

7. Venue is proper in the Miami Division of the Southern District of Florida.

### Attachment of State-Court Filings

8. In accordance with 28 U.S.C. § 1446(a), attached to this motion as Exhibit A are true and correct copies of all process and pleadings that have been filed in the state court to date.

9. There are no motions or oppositions currently pending in the state court and therefore no copies to attach as otherwise required by Southern District, Fla. Local Rule 7.2.

10. In removing this action, Defendants do not waive any available defenses or admit any of the Complaint's allegations.

CASE NO.:

Respectfully submitted, this 8th day of May, 2020.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8th day of May, 2020, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

        COLE, SCOTT & KISSANE, P.A.
        *Counsel for Defendant LE JARDIN COMMUNITY*
        *CENTER, INC., a Florida Not for Profit Corporation*
        Cole, Scott & Kissane Building
        9150 South Dadeland Boulevard, Suite 1400
        P.O. Box 569015
        Miami, Florida 33256
        Telephone (786) 268-6788
        Facsimile (305) 373-2294
        Primary e-mail: daryl.greenberg@csklegal.com
        Primary e-mail: frances.allegra@csklegal.com
        Secondary e-mail: magaly.triana@csklegal.com

By:  s/ Daryl A. Greenberg
       DARYL A. GREENBERG
       Florida Bar No.: 90904
       FRANCES P. ALLEGRA
       Florida Bar No.: 881368

0439.0749-00/18568616